(No. 14677.—Judgment affirmed.)
THE PEOPLE OF THE STATE OF ILLINOIS, Defendant in Error, *vs.* FRANK DILLON, Plaintiff in Error.

*Opinion filed June 21, 1922.*

CRIMINAL LAW—*the Parole law is valid.* The Parole law does not violate the provisions of either the State or Federal constitution. (*People* v. *Connors,* 291 Ill. 614, and *People* v. *Simmons,* 299 id. 201, followed.)

WRIT OF ERROR to the Criminal Court of Cook county; the Hon. KICKHAM SCANLAN, Judge, presiding.

WILLIAM L. SULLIVAN, and CHARLES P. R. MACAULAY, for plaintiff in error.

EDWARD J. BRUNDAGE, Attorney General, ROBERT E. CROWE, State's Attorney, and EDWARD C. FITCH, (EDWARD E. WILSON, CLYDE C. FISHER, and ALVA L. BATES, of counsel,) for the People.

Mr. CHIEF JUSTICE THOMPSON delivered the opinion of the court:

Plaintiff in error pleaded guilty to an indictment charging robbery and was sentenced to the penitentiary in accordance with the provisions of the Parole law. His sole contention in this court is that the Parole law contravenes certain provisions of the State and Federal constitutions. This contention has been answered in earlier decisions, (*People* v. *Connors,* 291 Ill. 614; *People* v. *Simmons,* 299 id. 201;) and so the judgment of the criminal court is accordingly affirmed.

*Judgment affirmed.*